IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                              CRIMINAL NO. 3:14cr111HTW-FKB

CHRISTOPHER B. EPPS

## NOTICE OF FORFEITURE

NOTICE IS HEREBY GIVEN that on February 25, 2015, in the above-captioned case, the Honorable Henry T. Wingate, United States District Judge for the Southern District of Mississippi entered an Agreed Preliminary Order of Forfeiture (Ct. Doc. No. 31) condemning and forfeiting to the United States of America the property described below:

1) Real property located at 1100 West Beach Boulevard, Unit 304, Pass Christian, Harrison County, Mississippi, more particularly described as follows:

   Unit Number Three Hundred Four (304), PASS MARIANNE CONDOMINIUMS, a condominium according to the official map or plat thereof on file and on record in the office of the Chancery Clerk of the First Judicial District of Harrison County, Mississippi, in Plat Book 50 at page 6 thereof, together with an undivided interest in and to the common elements and appurtenances thereof, as set forth in the Declaration of Condominiums and therefore subject to that certain Declaration of Condominium recorded as Instrument #2007-8014-D-J1 and corrected and re-recorded as Instrument #2007-8385-D-J1 thereof;

2) Real property located at 511 Shalom Way, Flowood, Rankin County, Mississippi more particularly described as:

   LOT 22, LINEAGE LAKE OF LAKELAND, PART 1 AMENDED, a subdivision according to the map or plat thereof on file and of record in the office of the Chancery Clerk of Rankin County at Brandon, Mississippi in Plat Cabinet D at Slots 44, 45 and 46, reference to which map or plat is hereby made in aid of and as a part of this description.

   TOGETHER WITH: an easement for ingress and egress and regress over all private streets and right-of-ways by virtue of Article VIII, Section 8.1, 8.2 and 8.7 of the covenants as recorded in Book 1042 at Page 490;

3) All funds on deposit in Edward Jones account numbered XXX-XX764-1-0;

4) All funds on deposit in Edward Jones account numbered XXX-XX711-1-6;

5) All funds on deposit in Regions Bank account numbered XXXXX1628, but not to exceed $7,392.70;

6) All funds on deposit in Regions Bank account numbered XXXXX1636, but not to exceed $6,271.14;

7) All funds on deposit in Bank Plus account numbered XXXXX2116, but not to exceed $8,409.19;

8) One (1) 2010 Mercedes Benz S550, VIN: WDDNG7BB6AA331787;

9) One (1) 2007 Mercedes Benz S65 V12 AMG, VIN: WDDNG79X37A053800; and

10) $69,600.00 in United States Currency seized from the home of the defendant, 511 Shalom Way, Flowood, Mississippi on June 24, 2014, pursuant to a search warrant.

The Agreed Preliminary Order of Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of the forfeited property in such manner as the Attorney General of the United States may direct.  Any persons or entities having or claiming a legal right, title or interest in any of the aforementioned property must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the Southern District of Mississippi for a hearing to adjudicate the validity of his/her alleged interest in the property pursuant to Title 21, United States Code, Section 853(n). If a hearing is requested, it shall be held before the Court alone, without a jury. Claimants will bear the burden of proof in all such cases.  Petitions that fail to allege an interest sufficient to maintain a claim under § 853(n) shall be subject to dismissal without a hearing.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of such right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title or interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought.

*See* 21 U.S.C. § 853(n)(3).

A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition. The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than the defendant named above. The petitioner may testify and present evidence and witnesses on his/her own behalf and cross-examine witnesses who appear at the hearing.

Your petition must be filed with the United States District Court for the Southern District of Mississippi at the following address:

> 501 E. Court Street, Suite 2.500, Jackson, MS 39201

Furthermore, you must serve the United States Department of Justice with your petition at the following address:

> United States Attorney's Office
> Attn: AUSA J. Scott Gilbert
> 501 E. Court Street, Suite 4.430
> Jackson, MS 39201

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY, WITHIN THIRTY (30) DAYS OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE, WHICHEVER IS EARLIER, YOUR RIGHT, TITLE AND INTEREST IN THIS

PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices has been discontinued.

Dated, this the 10th day of March, 2015.

                                        GREGORY K. DAVIS
                                      United States Attorney

By:    /s/ J. Scott Gilbert
        J. SCOTT GILBERT
        Assistant United States Attorney
        Mississippi Bar No. 102123
        501 E. Court Street, Suite 4.430
        Jackson, MS  39201
        (601) 965-4480 Telephone
        (601) 965-4409 Facsimile
        Scott.Gilbert@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the appropriate counsel in this case.

    THIS the 10th day of March, 2015.

                                          /s/ J. Scott Gilbert
                                          J. SCOTT GILBERT
                                          Assistant United States Attorney