UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                                    NO. 3:14CR111HTW-FKB

CECIL McCRORY                                                                                DEFENDANT

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

Before the Court is the Motion for Appointment of Substitute Custodian (Ct. Do. No. 41) filed by the United States of America. The Court finds the motion is well taken and should be granted. Accordingly, it is

HEREBY ORDERED that the Motion for Appointment of Substitute Custodian is GRANTED and the Federal Bureau of Investigation is hereby substituted as custodian for the United States Marshals Service relating to the seizure of the 2013 Chevrolet Avalanche, VIN 3GNMCGE02DG255896 from Defendant Cecil McCrory in this action.

SO ORDERED AND ADJUDGED, this the 16th day of March, 2015.


                                                                    s/ HENRY T. WINGATE
                                                                    UNITED STATES DISTRICT JUDGE