IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHEN DIVISION

UNITED STATES OF AMERICA,

        *Plaintiff,*        NO. 3:14cr111HTW-FKB

v.

CHRISTOPHER B. EPPS,

        *Defendant,*

and

CATHERLEAN S. EPPS,

        *Third Party Claimant,*

## NOTICE OF THIRD PARTY CLAIM OF CATHERLEAN S. EPPS

TO:    THE UNITED STATES OF AMERICA, Plaintiff, and

TO:    GREGORY K. DAVIS, United States Attorney, and J. SCOTT GILBERT, Assistant United States Attorney;

YOU WILL PLEASE TAKE NOTICE that pursuant to 21 U.S.C. §853(n), CATHERLEAN S. EPPS claims an interest in and to the following assets for which an Agreed Preliminary Order of Forfeiture was entered on February 25, 2015, and Notice of Forfeiture was entered on March 10, 2015, in *United States v. Christopher B. Epps,* United States District Court for the Southern District of Mississippi, Northern Division, Case No. 3:14-cr-00111-HTW-FKB:

1. Real property located at 1100 West Beach Boulevard, Unit 304, Pass Christian, Harrison County, Mississippi;

2. Real Property located at 511 Shalom Way, Flowood, Rankin County, Mississippi;

3. All funds on deposit in Edward Jones account numbered XXX-XX764-1-0;

4. All funds on deposit in Edward Jones account numbered XXX-XX711-1-6;

5. One (1) 2010 Mercedes Benz S550, VIN: WDDNG7BB6AA331787; and

6. One (1) 2007 Mercedes Benz S65 V12 AMG, VIN: WDDNG79X37A053800.

Claimant/Petitioner Catherlean S. Epps hereby petitions the Court for a hearing to adjudicate the validity of her interest in said property.

Claimant/Petitioner Catherlean S. Epps has an undivided interest in the whole of each of the properties listed above by virtue of a tenancy of the entirety created under the laws of the State of Mississippi, and such right, title and interest in said properties renders the order of forfeiture invalid in whole or in part, because Claimant/Petitioner's undivided interest was vested in Claimant/Petitioner rather than defendant Christopher B. Epps, or was superior to any right, title, or interest of defendant Christopher B. Epps, at the time of the commission of the acts which give rise to the forfeiture of the property under this section.

DATED this 7 day of April, 2015.

RICHARD J. TROBERMAN, P.S.

By: _____
RICHARD J. TROBERMAN, P.S.
WSB #6379
Attorney for Third Party Claimant
Catherleah S. Epps

JOHN M. COLETTE & ASSOCIATES

By: _____
JOHN M. COLETTE
MS #6376
Resident Attorney for Third Pary
Claimant Catherlean S. Epps

STATE OF MISSISSIPPI )
: ss.
COUNTY OF Rankin )

CATHERLEAN S. EPPS declares under penalty of perjury that she has read the above and foregoing Notice of Claim, knows the contents thereof, and certifies that the same is true and correct.

DATED this 8th day of April, 2015.

_____
CATHERLEAN S. EPPS

SUBSCRIBED AND SWORN to before me by CATHERLEAN S. EPPS this 8th day of April, 2015.

_____
NOTARY PUBLIC in and for the
State of Mississippi, residing at Rankin County
My commission expires Oct. 2, 2017
Printed Name: TERESA D. WASH

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2015, I electronically filed the foregoing "Notice of Third Party Claim by Catherlean S. Epps" with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

*/s/ [signature]*