FORM 6 (ND/SD MISS. DEC. 2011)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA,

                Plaintiff

v.

CHRISTOPHER B. EPPS,           No. 3:14cr111HTW-FKB

                Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:   Richard J. Troberman

       Firm Name:   Richard J. Troberman, P.S.

       Office Address:   520 Pike Street, Suite 2500

       City: Seattle    State: WA    Zip: 98101
       Telephone: (206) 343-1111    Fax: (206) 340-1936
       E-Mail: tmanlaw@aol.com

(B)   Client(s):   Catherlean S. Epps

       Address:   511 Shalom Way

       City: Flowood    State: MS    Zip: 39232
       Telephone: (601) 573-5442    Fax:

FORM 6 (ND/SD MISS. DEC. 2011)

The following information is optional:

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission?
No.

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case?

Applicant has special expertise in civil and criminal forfeiture cases, a highly specialized and complex area of law. Applicant has authored several amicus curie briefs in the United States Supreme Court on forfeiture issues on behalf of NACDL, and has been a frequent lecturer to bar groups on forfeiture issues.

(C)     Applicant is admitted to practice in the:

[✓] State of Washington (#6379).
[ ] District of Columbia

and is currently in good standing with that Court. A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Washington State Supreme Court, Temple of Justice, 415 - 12th Avenue SW, Olympia, WA 98505-0929.
Telephone: (360) 357-2077
supreme@courts.wa.gov

All other courts before which Applicant has been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| State of California (#51721) | 1972-Present |
| Various U.S. District Courts | 1972-Present |
| Ninth Circuit Court of Appeals | 1979-Present |
| United States Supreme Court | 1981-Present |

FORM 6 (ND/SD MISS. DEC. 2011)

|     |     | Yes | No |
|-----|-----|-----|-----|
| (D) | Has Applicant been denied admission pro hac vice in this state? | ☐ | ☑ |
|     | Has Applicant had admission pro hac vice revoked in this state? | ☐ | ☑ |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ☐ | ☑ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|     |     | Yes | No |
|-----|-----|-----|-----|
| (E) | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | ☑ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|     |     | Yes | No |
|-----|-----|-----|-----|
| (F) | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ☐ | ☑ |

FORM 6 (ND/SD MISS. DEC. 2011)

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| None | | |

(H) Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| None | |

FORM 6 (ND/SD MISS. DEC. 2011)

|   |   | Yes | No |
|---|---|---|---|
| (I) | Has Applicant read and become familiar with all of the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ☑ | ☐ |
|   | Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ☑ | ☐ |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No: *Nick Bain MSB 102334*

Firm Name: *Bain & Moss PLLC*

Office Address: *516 Fillmore St*

City: *Corinth*    State *MS*   Zip *38834*
Telephone: *662-287-1620*    Fax: *662.287.1684*
E-Mail: coletelawms@gmail.com

(K) The undersigned resident attorney certifies that he/~~she~~ agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct

*4/8/15*
*4/7/15*
Date

_____
Applicant's Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court, using CM/ECF system which will send notification of such filing to the attorneys of record in this case.

This the ___14___ day of ___April___, 2015.

_____
NICHOLAS R. BAIN

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 6379 |
| OF | ) | CERTIFICATE |
| RICHARD JONATHAN TROBERMAN | ) | OF |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | GOOD STANDING |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

**RICHARD JONATHAN TROBERMAN**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 6, 1975, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 1st day of April, 2015.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court