**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHEN DIVISION**

UNITED STATES OF AMERICA,

                    *Plaintiff,*            NO. 3:14cr111HTW-FKB

        v.

CHRISTOPHER B. EPPS,

                    *Defendant,*

        and

CATHERLEAN S. EPPS,

        *Third Party Claimant,*


**NOTICE OF AMENDED THIRD PARTY CLAIM OF CATHERLEAN S. EPPS**

TO:    THE UNITED STATES OF AMERICA, Plaintiff, and

TO:    GREGORY K. DAVIS, United States Attorney, and J. SCOTT GILBERT,
        Assistant United States Attorney;

        YOU WILL PLEASE TAKE NOTICE that pursuant to 21 U.S.C. §853(n),

CATHERLEAN S. EPPS claims an interest in and to the following assets for which an Agreed

Preliminary Order of Forfeiture was entered on February 25, 2015, and Notice of Forfeiture was

entered on March 10, 2015, in *United States v. Christopher B. Epps,* United States District Court

for the Southern District of Mississippi, Northern Division,  Case No. 3:14-cr-00111-HTW-FKB:

1.    Real property located at 1100 West Beach Boulevard, Unit 304,
        Pass Christian, Harrison County, Mississippi;

2.    Real Property located at 511 Shalom Way, Flowood, Rankin
        County, Mississippi;

3.    All funds on deposit in Edward Jones account numbered XXX-
        XX764-1-0;

4.    All funds on deposit in Edward Jones account numbered XXX-
        XX711-1-6;

5.    One (1) 2010 Mercedés Benz S550, VIN:
        WDDNG7BB6AA331787; and

6.   One (1) 2007 Mercedes Benz S65 V12 AMG, VIN: WDDNG79X37A053800.

7.   All funds on deposit in regions Bank account numbered xxxxx1636, but not to exceed $6,271.14.

Claimant/Petitioner Catherlean S. Epps hereby petitions the Court for a hearing to adjudicate the validity of her interest in said property.

Claimant/Petitioner Catherlean S. Epps has an undivided interest in the whole of each of the properties listed above by virtue of a tenancy of the entirety created under the laws of the State of Mississippi, and such right, title and interest in said properties renders the order of forfeiture invalid in whole or in part, because Claimant/Petitioner's undivided interest was vested in Claimant/Petitioner rather than defendant Christopher B. Epps, or was superior to any right, title, or interest of defendant Christopher B. Epps, at the time of the commission of the acts which give rise to the forfeiture of the property under this section.

DATED this _18_ day of August, 2015.

RICHARD J. TROBERMAN, P.S.

By: _____

RICHARD J. TROBERMAN, P.S.
WSB #6379
Attorney for Third Party Claimant
Catherlean S. Epps

BAIN & MOSS PLLC

s/ Nicholas R. Bain

By: _____

NICHOLAS R. BAIN
MS #102334
Resident Attorney for Third Pary
Claimant Catherlean S. Epps

STATE OF MISSISSIPPI      )
                              : ss.
COUNTY OF RANKIN       )

CATHERLEAN S. EPPS declares under penalty of perjury that she has read the above and foregoing Notice of Claim, knows the contents thereof, and certifies that the same is true and correct.

DATED this 15 day of August, 2015.

CATHERLEAN S. EPPS

SUBSCRIBED AND SWORN to before me by CATHERLEAN S. EPPS this 15 day of August, 2015.

NOTARY PUBLIC in and for the
State of Mississippi, residing at Brandon MS
My commission expires Oct. 2 2017
Printed Name: TERESA D. WASH

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 78980
TERESA D. WASH
Commission Expires
Oct. 2, 2017
RANKIN COUNTY

—3—

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2015, I electronically filed the foregoing "Notice of Amended Third Party Claim by Catherlean S. Epps" with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

RICHARD J. TROBERMAN