IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL CAUSE NO. 3:14cr111HTW-FKB

CECIL MCCRORY

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING AND RELATED DEADLINES

**COMES NOW,** the Defendant, Mr. Cecil McCrory, by and through his undersigned counsel of record, and files this, his Motion to Continue his Sentencing Hearing and Related Deadlines. Mr. McCrory is scheduled to be sentenced on January 28, 2016, in the above-styled and –numbered cause. On January 3, 2016, the undersigned entered his appearance as counsel, substituting himself for Attorney Clarence M. Leland, Jr., Esq. as Mr. McCrory's attorney of record in this matter. The discovery materials in this case consist of nearly seventy compact discs worth of investigative reports, audio / video recordings, and financial records. Part of the allegations critical to Mr. McCrory's sentencing is the Government's contention that the crime to which Mr. McCrory has pleaded guilty involves a loss amount of more than $300,000,000.00. The undersigned is already diligently combing through the record and discovery materials to prepare for, and to defend Mr. McCrory at sentencing; however, the undersigned needs additional time to review those materials and to prepare his sentencing presentation and his objections to the Presentence Investigation Report that was issued in this case.

In addition to the aforementioned reasons for this request to continue Mr. McCrory's sentencing, the undersigned has been preparing all of last week for an armed carjacking trial that will begin tomorrow, January 12, 2016, in the Circuit Court of Hinds

County, Mississippi.  Furthermore, the undersigned is scheduled to begin on January 28, 2016, a criminal accessory after the fact of murder trial in the Circuit Court of Oktibbeha County, Mississippi.  Those two trials and the time required for counsel's preparation for each necessitate the instant request for a continuance.

Mr. McCrory does not move for the requested continuance to unnecessarily delay the instant proceedings, and no one would be prejudiced if this Court were to grant the relief Mr. McCrory seeks in this Motion.  Moreover, a continuance of this cause would be in the best interests of justice.  The undersigned has discussed the premises of this motion with the Honorable Assistant United States Attorney J. Scott Gilbert, Esq., counsel for the Government.  AUSA Gilbert states that the Government does not oppose Mr. McCrory's request for a continuance of the sentencing hearing and related deadlines.

**RESPECTFULLY SUBMITTED**, on this, the 11th day of January, 2016.

                                                  */s/ E. Carlos Tanner, III*
                                                  E. Carlos Tanner, III, Esq. (MS Bar No. 102713)
                                                  TANNER & ASSOCIATES, LLC
                                                  P.O. Box 3709
                                                  Jackson, Mississippi 39207
                                                  carlos.tanner@thetannerlawfirm.com
                                                  601.460.1745 (telephone)
                                                  662.796.3509 (facsimile)

# CERTIFICATE OF CONFERENCE

I, E. Carlos Tanner, III, do hereby certify that I have conferred in good faith with Assistant United States Attorney J. Scott Gilbert, Esq. about the premises of this motion. AUSA Gilbert has informed the undersigned counsel for Mr. Cecil McCrory that AUSA Gilbert's client, the United States of America, does not oppose the motion and the relief Mr. McCrory seeks in this motion.

ON THIS, the 11th day of January, 2016.

> /s/ E. Carlos Tanner, III
> E. Carlos Tanner, III, Esq. (MS Bar No. 102713)
> TANNER & ASSOCIATES, LLC
> P.O. Box 3709
> Jackson, Mississippi 39207
> carlos.tanner@thetannerlawfirm.com
> 601.460.1745 (telephone)
> 662.796.3509 (facsimile)

# CERTIFICATE OF SERVICE

I, E. Carlos Tanner, III, do hereby certify that on this date, January 11, 2016, I have electronically filed the foregoing Motion for Continuance of Sentencing Hearing and Related Deadlines with the Clerk of Court for the United States District Court for the Southern District of Mississippi using the ECF system, which caused notification of that filing to be sent electronically to all counsel of record in this cause.

ON THIS, the 11th day of January, 2016.

> /s/ E. Carlos Tanner, III
> E. Carlos Tanner, III, Esq. (MS Bar No. 102713)
> TANNER & ASSOCIATES, LLC
> P.O. Box 3709
> Jackson, Mississippi 39207
> carlos.tanner@thetannerlawfirm.com
> 601.460.1745 (telephone)
> 662.796.3509 (facsimile)