IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

V.                                                            CRIMINAL NO. 3:14cr-111HTW-FKB

**CHRISTOPHER B. EPPS**

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW, your defendant, CHRISTOPHER B. EPPS, by and through undersigned counsel and files this, his Motion for Continue his Sentencing. Mr. Epps is scheduled to be sentenced on January 26, 2016, in the above-styled and referenced cause and as grounds in support of same would respectfully submit the following, to-wit:

1.

That your defendant is currently set for sentencing on January 26, 2016, and undersigned has recently received the P.S.R. in this case which is complex and extensive, alleging contracts in excess of $300,000,000$^{00}$ as the potential "loss" amount for guideline purposes.

2.

Due to the specific guideline proposed by the U.S.P.O, undersigned needs additional time to research the applicability of those selected versus other provisions that may be more appropriate herein.

3.

Due to the extensive nature of the contracts involved versus the actual "payments", research is required to ascertain the correct calculation.

4.

The Government has no objection to this request.

**WHEREFORE PREMISES CONSIDERED,** your defendant, CHRISTOPHER B. EPPS, by and through undersigned counsel respectfully requests the currently set date of January 26, 2016 be extended to a later date.

This the 12th day of January, 2016.

Respectfully Submitted,

/s/ John M. Colette
Attorney for Defendant

**John M. Colette, MSB #6376**
**Sherwood Colette, MSB#103488**
John M. Colette & Associates
190 East Capitol Street, Suite 475
Jackson, MS 39205-0861
(601)355-6277 Office
(601)355-6283 Facsimile

## CERTIFICATE OF SERVICE

I, John M. Colette, do hereby certify that I have on this date filed the foregoing with the clerk, and have served a true and correct copy of same via the Court's electronic filing system on all parties of record.

This the 12th day of January, 2016.

/s/ John M. Colette
John M. Colette