**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**v.**                                                        **CRIMINAL NO: 3:14-CR-111-HTW-FKB**

**CHRISTOPHER B. EPPS**                                                               **DEFENDANT**

### AGREED ORDER OF CONTINUANCE

      **COMES NOW ON THIS DAY**, defendant Christopher B. Epps, filed his Motion for Continuance and the Court, having been fully advised in the premises, and that the Government has no objection, finds that the motion is meritorious, and further finds that the ends of justice would best be served by granting the requested continuance insofar as the defendant's and the public's interest in a speedy and public trial is concerned, and further finds that the failure to grant such continuance would result in a miscarriage of justice. The Court therefore finds that the motion of the defendant should be, and hereby is, granted.

      **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the ends of justice are best served by granting the motion for continuance, that the Court specifically finds that the granting of such continuance outweighs the best interest of the public and the defendants in a speedy public trial, and that the failure to grant such continuance would likely make the continuation of such proceedings impossible and would result in a miscarriage of justice.

      **IT IS FURTHER ORDERED AND ADJUDGED** that sentencing in this cause shall be continued until _____.

      **SO ORDERED AND ADJUDGED** this, the ____day of _____, 2016.

_____
HONORABLE HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

SUBMITTED AND AGREED TO BY:

*/s/ John M. Colette* _____
John M. Colette, Attorney for
Defendant Christopher B. Epps

AGREED TO BY:

_____
Mike Hurst, AUSA