IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                             CRIMINAL NO. 3:14cr111HTW-FKB

CECIL McCRORY                                                                                  DEFENDANT

## PROOF OF SERVICE

The United States of America hereby presents to the Court a copy of the individual letters of transmittal for the following prospective claimants as proof that a copy of the Notice of Forfeiture in the above-captioned forfeiture proceeding was mailed to potential claimants, pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The names and addresses of the prospective petitioners and the date of the letters of transmittal and the notices are as follows:

> McCrory Properties, LLC, 3201 Greenfield Road, Pearl, MS  39208
> On March 11, 2015, the notice was mailed to McCrory Properties, LLC at the above address. Said notice was delivered on March 31, 2015, as evidenced by the USPS tracking confirmation. A copy of the tracking confirmation is attached hereto as Exhibit "A" and incorporated herein by reference.

> McCrory Properties, LLC, P. O. Box 2338, Brandon, MS  39043
> On March 11, 2015, the notice was mailed to McCrory Properties, LLC at the above address. Said notice was delivered on March 13, 2015, as evidenced by the certified mail receipt. A copy of the certified mail receipt is attached hereto as Exhibit "B" and incorporated herein by reference.

College Street Leasing, LLC, P. O. Box 2338, Brandon, MS  39043
On March 13, 2015, the notice was mailed to College Street Leasing at the above address.  Said notice was delivered on March 13, 2015, as evidenced by the certified mail receipt.  A copy of the certified mail receipt is attached hereto as Exhibit "B" and incorporated herein by reference.

Renasant Bank, formerly known as Merchant & Farmers Bank, 1298 W. Government Street, Brandon, Ms  39042
On March 11, 2015, the notice was mailed to Ranasant Bank at the above address.  Said notice was delivered as evidenced by the certified mail receipt.  A copy of the certified mail receipt is attached hereto as Exhibit "B" and incorporated herein by reference.

Greenfield Partners, LLC, P. O. Box 69, Brandon, MS  39043
On March 11, 2015, the notice was mailed to Greenfield Partners, LLC at the above address.  Said notice was delivered on April 14, 2015, as evidenced by the USPS tracking confirmation.  A copy of the tracking confirmation is attached hereto as Exhibit "C" and incorporated herein by reference.

Merchant & Farmers Bank, P. O. Box 520, Kosciusko, MS  39090
On March 11, 2015, the notice was mailed to Merchant & Farmers Bank at the above address.  Said notice was delivered as evidenced by the certified mail receipt.  A copy of the certified mail receipt is attached hereto as Exhibit "D" and incorporated herein by reference.

Merchant & Farmers Bank, 1285 W. Government Street, Brandon, MS  39042
On March 11, 2015, the notice was mailed to Merchant & Farmers Bank at the above address.  Said notice was delivered as evidenced by the certified mail receipt.  A copy of the certified mail receipt is attached hereto as Exhibit "D" and incorporated herein by reference.

Wilburn and Joyce Hyche, P. O. Box 2337, Brandon, MS  39043
On March 11, 2015, the notice was mailed to Wilburn and Joyce Hyche at the above address.  Said notice was delivered as evidenced by the certified mail receipt.  A copy of the certified mail receipt is attached hereto as Exhibit "D" and incorporated herein by reference.

George Talbot, 3650 Glebe Road 553, Arlington, VA  22202
On March 11, 2015, the notice was mailed to George Talbot at the above address.  Said notice was returned by the U. S. Postal Service as "unable to forward" as evidenced by the returned envelope.  A copy of the certified mail receipt is attached hereto as Exhibit "E" and incorporated herein by reference.

DATE: July 13, 2017

                        HAROLD BRITTAIN
                        ACTING UNITED STATES ATTORNEY

                        By: /s/ Darren LaMarca
                        Assistant United States Attorney
                        501 E. Court Street, Suite 4.430
                        Jackson, MS  39201
                        (601) 965-4480 Phone
                        (601) 965-4409 Fax
                        Darren.lamarca@usdoj.gov
                        MS Bar No: 1782

## **CERTIFICATE OF SERVICE**

I, Darren LaMarca, hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the appropriate counsel in this case.

This, the 13th day of July, 2017.

        UNITED STATES OF AMERICA

        HAROLD BRITTAIN
        ACTING UNITED STATES ATTORNEY
        SOUTHERN DISTRICT OF MISSISSIPPI

        By: /s/ Darren LaMarca
        Assistant United States Attorney
        501 E. Court Street, Suite 4.430
        Jackson, MS  39201
        (601) 965-4480 Phone
        (601) 965-4409 Fax
        Darren.lamarca@usdoj.gov
        MS Bar No: 1782