IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                             CRIMINAL NO. 3:14cr111HTW-FKB

CECIL McCRORY                                                      DEFENDANT

MOTION TO CLARIFY FINAL ORDER
OF FORFEITURE WITH SUPPORTING SUGGESTIONS

The United States of America, by and through its Acting United States Attorney, respectfully submits this Motion to Clarify Final Order of Forfeiture in the above-styled case as to defendant **CECIL McCRORY** for the reasons set forth in the following supporting suggestions.

**SUPPORTING SUGGESTIONS**

1.  As a result of the guilty plea to the Indictment, for which the Government sought forfeiture pursuant to 18 U.S.C. § 982(a)(1) and 26 U.S.C. §§ 730(a)-(e) and 7303, **CECIL McCRORY** shall forfeit to the United States any property constituting or derived from, any proceeds the person obtained, directly or indirectly, and any of the property involved in the commission of a violation of 18 U.S.C. § 1956(h).

2.  The parties have agreed, and the Court has determined based on **CECIL McCRORY'S** plea, that the following property was subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1), that the defendant had an interest in such property and that the Government had established the requisite nexus between such property and such offenses. Therefore, the Court found that the property being described as follows should be forfeited to the United States:

   (1)   **One Million Two Hundred Thousand Dollars in United States Currency ($1,200,000.00);**

   (2)   **Real property more particularly described as:**

   **Unit number five hundred two (502), Sea Breeze Condominiums,**

>a condominium according to the official map or plat thereof on file and of record in the office of the Chancery Clerk of the Second Judicial District of Harrison County, Mississippi, in Plat Book 23, at Page 17 thereof, together with an undivided interest in and to the common elements and appurtenances thereof, as set forth in the Declaration of Condominium, dated November 10, 2006, and filed of record as Instrument no. 2006-0005045-DJ2 thereof, in the office of the Chancery Clerk aforesaid;
>
>However, the Defendant is authorized to sell such property and forfeit the full net amount received to the Government if the Government approves of such sale beforehand.

(3)     Real property more particularly described as:

>Unit 601, Sea Breeze Condominiums, according to the official map or plat thereof in Plat Book 23 at Page 17 and according to the Declaration of Condominium recorded as Instrument Number 2006-5045DJ2, and bylaws recorded as Instrument Number 2010-2932DJ2 and all amendments thereto on file and of record in the office of the Chancery Clerk of the Second Judicial District of Harrison County, Mississippi.   Together with an undivided interest in the common area and appurtenances as set forth in said declaration. Being the same property as described by deed recorded as Instrument No. 2006-5894DJ2.
>Tax Parcel Number: 1210K-04-002.045;

(4)     Real property more particularly described as:

>Unit Number Five Hundred Four (504), SEA BREEZE CONDOMINUMS, a condominium according to the official map or plat thereof on file and of record in the office of the Chancery Clerk of the Second Judicial District of Harrison County, Mississippi, in Plat Book 23 at Page 17 thereof, together with an undivided interest in and to the common elements and appurtenances thereof, as set forth in the Declaration of Condominium and therefore subject to that certain Declaration of Condominium, dated November 10, 2006 and filed of record as Instrument No. 2006-5045-D-J2 thereof, in the office of the Chancery Clerk aforesaid.
>
>AND ALSO: Cabana C-4, SEA BREEZE CONDOMINIUMS, a condominium according to the official map or plat thereof on file and of record in the office of the Chancery Clerk of the Second Judicial District of Harrison County, Mississippi, in Plat Book 23 at Page 17 thereof, together with an undivided interest in and to the common elements and appurtenances thereof, as set forth in the Declaration of Condominium and therefore subject to that certain Declaration of Condominium dated

          **November 10, 2006 and filed of record as Instrument #2006-5045-D-J2 thereof, in the office of the Chancery Clerk aforesaid; which cabana may be separated from the Unit hereinabove, but which cannot be separated, sold, transferred or conveyed without ownership of a Sea Breeze Condominium Unit, all in accord with the covenants, restrictions, and conditions of the Declaration of Condominium;**

**(5)**      **Real property located at 104 Office Park Drive more particularly described as:**

          **Tract I:**
          **Commence at a point where the East line of Section 18, Township 5 North, Range 3 East, Rankin County, Mississippi intersects the South right-of-way line of U. S. Highway 80 and run thence North 89 degrees 57 minutes West along said right-of-way line for 1,822.3 feet to a point; run thence South 00 degrees 25 minutes East for 45.0 feet to a point; run thence South 89 degrees 57 minutes East for 100.0 feet to a point; run thence South 00 degrees 25 minutes East for 200.0 feet to the Point of Beginning of the land described herein; continue thence South 00 degrees 25 minutes East for 100.0 feet to an iron pin; run thence North 89 degrees 57 minutes West for 120.0 feet to an iron pin; run thence North 00 degrees 25 minutes West for 100.0 feet to an iron pin; run thence South 89 degrees 57 minutes East for 120.0 feet to an iron pin and the Point of Beginning.   The above described lot lying and being situated in the NW ¼ of the NE ¼ of Section 18, Township 5 North, Range 3 East, Rankin County, Mississippi, containing 0.275 acres, more or less.**

          **AND ALSO:**

          **Tract II:**

          **Commence at a point where the East line of Section 18, Township 5 North, Range 3 East, Rankin County, Mississippi intersects the South right-of-way line of U. S. Highway 80 and run thence North 89 degrees 57 minutes West and along said right-of-way line for a distance of 1,822.3 feet to a point; run thence South 00 degrees 25 minutes East for a distance of 245.0 feet to a point; run thence North 89 degrees 57 minutes West for a distance of 20.0 feet to the Point of Beginning.   Run thence South 00 degrees 25 minutes East for a distance of 100.0 feet to a point; run thence North 89 degrees 57 minutes West for a distance of 30.0 feet to a point; run thence North 00 degrees 25 minutes West for a distance of 100.0 feet to a point; run thence South 89 degrees 57 minutes East for a distance of 30.0 feet to the Point of Beginning.   The above described property lying and being situated in the Northeast Quarter of the Northeast Quarter of Section 18, Township 5 North, Range 3 East, Rankin County, Mississippi, and containing 0.069 acres, more or less.**

**INDEXING INSTRUCTIONS:**
**TRACT 1:** NW ¼ of the NE ¼ of Section 18, Township 5 North, Range 3 East, Rankin County, Mississippi.
**TRACT II:** NE ¼ of the NE ¼ of Section 18, Township 5 North, Range 3 East, Rankin County, Mississippi.

**(6)** **Christian Drive and Highway 18, Brandon, Rankin County, Mississippi more particularly described as:**

**A tract or parcel of land containing 4.15 acres, more or less, being situated in the Southeast ¼ of the Southwest ¼ of Section 18, T5N-R3E, City of Brandon, Rankin County, Mississippi; thence**

**Commencing at the Southeast corner of said Section 18; run thence**

**North for a distance of 755.55 feet; thence**

**West for a distance of 3662.98 feet to a found ½ inch iron pin marking the Southeast corner of Royal Development, LLC property as recorded in Deed Book 2004 Page 6820 in the office of the Chancery Clerk of Rankin County, Mississippi and said pin marking the point of beginning of the herein described property; thence**

**South 27 Degrees 07 Minutes 48 Seconds East for a distance of 637.63 feet to a point in the center of Terrapin Skin Creek; thence**

**South 64 Degrees 42 Minutes 44 Seconds West along the center of said Terrapin Skin Creek for a distance of 97.61 feet to a point; thence**

**South 70 Degrees 01 Minute 45 Seconds West along the center of said Terrapin Skin Creek for a distance of 106.11 feet to a point; thence**

**South 71 Degrees 02 Minutes 26 Seconds West along the center of said Terrapin Skin Creek for a distance of 93.65 feet to a point on the Easterly right-of-way of MS Highway No. 18; thence**

**North 27 Degrees 07 Minutes 48 Seconds West along the Easterly right-of-way of MS Highway No. 18 for a distance of 476.67 feet to a set ½ inch iron pin on the Southerly right-of-way of Christian Drive; thence**

**North 62 Degrees 52 Minutes 12 Seconds East along the Southerly right-of-way of Christian Drive for a distance of 60.0 feet to a set ½ inch iron pin; thence**

**North 27 Degrees 07 Minutes 48 Seconds West along the Easterly right-of-way of Christian Drive for a distance of 161.17 feet to a found ½ inch**

**iron pin marking the Southwest corner of the aforementioned Royal Development, LLC property; thence**

**North 70 Degrees 06 Minutes 03 Seconds East along the Southerly line of the aforementioned Royal Development, LLC property for a distance of 237.36 feet to the point of beginning.**

**LESS AND EXCEPT:**

**A parcel of land being situated in the Southeast ¼ of Southwest ¼ of Section 18, Township 5 North, Range 3 East, City of Brandon, Rankin County, Mississippi, described as follows:**

**Commencing at the Southeast Corner of said Section 18; run thence North a distance of 755.55 feet; then West for a distance of 3,662.98 feet to a ½ inch iron pin marking the Southeast Corner of Royal Development, LLC property as recorded in Deed Book 2004 at Page 6820 in the Office of the Chancery Clerk of Rankin County, Mississippi; thence South 70 Degrees 06 Minutes 03 Seconds West a distance of 237.36 feet to a point on the eastern right-of-way line of Christian Drive; thence South 27 Degrees 07 Minutes 48 Seconds East along the East line of Christian Drive a distance of 161.17 feet to the POINT OF BEGINNING.**

**From the POINT OF BEGINNING, continue South 27 Degrees 07 Minutes 48 Seconds East for a distance of 113.84 feet; thence South 66 Degrees 37 Minutes 44 Seconds West a distance of 60 feet to the East right-of-way line of Mississippi Highway 18; thence North 27 Degrees 07 Minutes 48 Seconds West along the said East right-of-way line for a distance of 113.84 feet; thence North 66 Degrees 37 Minutes 44 Seconds East a distance of 60 feet, more or less, to the POINT OF BEGINNING, comprising 1.57 acres, more or less.**

**LESS AND EXCEPT:**

**A tract of parcel of land containing 1.45 acres, more or less, being situated in the SE ¼ of the SW ¼ of Section 18, T5N-R3E, City of Brandon, Rankin County, Mississippi.**

**Thence commencing at the SE Corner of said Section 18; run thence North for a distance of 755.55 feet; thence West for a distance of 3662.98 feet to a found ½ inch iron pin marking the SE Corner of Royal Development, LLC property as recorded in Deed Book 2004, Page 6820 in the office of the Chancery Clerk of Rankin County, Mississippi and said pin marking the POINT OF BEGINNING of the herein described property; thence South 27 Degrees 07 Minutes 48 Seconds East for a distance of 260.59 feet to an iron pin; thence South 66 Degrees 37 Minutes 44 seconds West for a distance of 236.05 feet to an iron pin on the East**

right-of-way of Christian Drive (proposed Christian Drive extension); thence North 27 Degrees 07 Minutes 48 Seconds West along the Easterly right-of-way of Christian Drive for a distance of 275.00 feet to a found ½ inch iron pin marking the SW Corner of the aforementioned Royal Development, LLC property; thence North 70 Degrees 06 Minutes 03 Seconds East along the Southerly line of the aforementioned Royal Development, LLC property for a distance of 237.36 feet to the POINT OF BEGINNING.

(7)   A certain parcel of land being situated in the East ½ of Section 24, T5N-R2E, Rankin County, Mississippi, and being more particularly described as follows:

PARCEL 1:
Commence at an existing iron pin marking the Southwest corner of the East ½ of Section 24, T5N-R2E and run thence North 00 degrees 11 minutes 18 seconds West along the West line of the East ½ of said Section 24 for a distance of 3,306.99 feet to an existing iron pin marking the POITN OF BEGINNING of the parcel of land herein described from said POINT OF BEGINNING, run thence South 77 degrees 43 minutes 35 seconds East for a distance of 1,144.85 feet to a set iron pin on the West right-of-way line of Greenfield Road; said point being in the arc of a 0.9936 degree curve bearing to the right having a radius of 5,766.90 feet; run thence along said West right-of-way line of Greenfield Road and along the arc of said curve an arc length of 280.72 feet; said curve having a chord bearing of South 35 degrees 34 minutes 55 seconds West and a chord distance of 280.69 feet; leaving said West right-of-way line of Greenfield Road, run thence North 76 degrees 54 minutes 22 seconds West for a distance of 791.63 feet to an existing iron pin; run thence North 77 degrees 43 minutes 36 seconds West for a distance of 187.78 feet to an existing iron pin on the aforesaid West line of the East ½ of Section 24; run thence North 00 degrees 11 minutes 18 seconds West along said West line of the East ½ of Section 24 for a distance of 252.39 feet to the POINT OF BEGINNING, containing 6.134 acres, more or less.

PARCEL II:
Commencing at the Southwest corner of the East ½ of Section 24, Township 5 North, Range 2 East, Rankin County, Mississippi, go North 00º 11'18" West along the West line of said East ½ of Section 24 for a distance of 3,306.99 feet to the Point of Beginning;

From the Point of Beginning; thence go North 77 º 43' 37" West for a distance of 152.350 feet to an iron pin; thence go South 2º 48' 25" East along a fence for a distance of 154.670 feet; thence go South 2º 59' 44" East along said fence for a distance of 100.660 feet; thence go South 77º 43' 36" East for a distance of 140.070 feet to the West line of said East ½ of Section 24; thence go North 0º 11" 18" West along West line of said

East ½ of Section 24 for a distance of 252.390 feet; to the Point of Beginning, containing 0.83 acres, more or less, and being situated in the West ½ of Section 24, Township 5 North, Range 2 East, Rankin County, Mississippi.

PARCEL III:
A certain parcel of land being situated in the Southeast Quarter of the Northwest Quarter and the Southwest Quarter of the Northeast Quarter of Section 24, Township 5 North, Range 2 East, Rankin County, Mississippi, and being more particularly described as follows: Commence at the Southwest corner of the East Half of said Section 24, Township 5 North, Range 2 East and run thence North 00 degrees 11 minutes 18 seconds West along the West line of said East Half of Section 24 for a distance of 3,306.99 feet to the POINT OF BEGINNING, run thence North 77 degrees 43 minutes 37 seconds West for a distance of 152.31 feet to a set iron pin on an existing fence line; run thence North 01 degrees 36 minutes 24 seconds West along said existing fence for a distance of 51.50 feet to an existing iron pin; run thence South 77 degrees 43 minutes 37 seconds East for a distance of 164.67 feet to a set iron pin; run thence South 77 degrees 43 minutes 36 seconds East for a distance of 1,167.18 feet to a set iron pin on the West right-of-way line of Greenfield Road ( as now laid out and improved); said point further being on the arc of a 00/993529 degree curve bearing to the left having a central angle of 00 degrees 32 minutes 45 seconds and a radius of 5,766.89 feet; run thence along said West right-of-way line of Greenfield Road and along the arc of said curve an arc length of 54.95 feet; said curve having a chord bearing of South 36 degrees 46 minutes 19 seconds West and a chord distance of 54.95 feet; leaving said West right-of-way line of Greenfield Road and the arc of said curve, run thence North 77 degrees 43 minutes 36 seconds West for a distance of 1,144.40 feet to the POINT OF BEGINNING, containing 1.509 acres, more or less.

LESS AND EXCEPT:

A tract or parcel of land containing 6.34 acres, more or less, lying and being situated in the Southwest ¼ of the Northeast ¼ and the Southeast ¼ of the Northwest ¼ of Section 24, Township 5 North, Range 2 East, City of Pearl, Rankin County, Mississippi and being more particularly described by metes and bounds as follows:

Commencing at a fence post marking the Southwest corner of the East ½ of said Section 24, run thence

East for a distance of 935.11 feet; thence

North for a distance of 2,836.20 feet to a found ½ inch iron pin marking the Northeast corner of the Reed Food Technology, Inc. property as

recorded in Deed Book 881, Pages 449-450 in the Office of the Chancery Clerk of Rankin County; thence

North 76 degrees 54 minutes 22 seconds West along the North line of said Reed Food Technology, Inc. property and a fence, more or less, for a distance of 264.95 feet to a set ½ inch iron pin; thence

North 76 degrees 54 minutes 22 seconds West along said North line of the Reed Food Technology, Inc. property and a fence, more or less, for a distance of 143.73 feet to a set ½ inch iron pin marking the Point of Beginning of the herein described property; thence

North 76 degrees 54 minutes 22 seconds West along said North line of the Reed Food Technology, Inc. property and the North line of Greenfield Commercial Park Phase 2 as recorded in Plat Cabinet C, Slot 187 in the Office of the Chancery Clerk of Rankin County and a fence, more or less, for a distance of 382.95 feet to a set ½ inch iron pin; thence

North 77 degrees 43 minutes 36 seconds West along said North line of Greenfield Commercial Park Phase 2 and the North line of the United Association Mississippi Land Holding Company property as recorded in Deed Book 909, Pages 638-639 in the Office of the Chancery Clerk of Rankin County and a fence, more or less, for a distance of 327.85 feet to a set ½ inch iron pin marking the East line of Greenfield Development Company property as recorded in Deed Book 726, Pages 3-4 in the Office of the Chancery Clerk of Rankin County; thence

North 2 degrees 59 minutes 44 seconds West along the East line of said Greenfield Development Company property for a distance of 100.66 feet to a set ½ inch iron pin; thence

North 2 degrees 48 minutes 25 seconds West along said East line of the Greenfield Development Company property for a distance of 154.67 feet to a set ½ inch iron pin; thence

North 1 degrees 36 minutes 24 seconds West along said East line of the Greenfield Development Company property for a distance of 51.50 feet to a set ½ inch iron pin marking the South line of the Greenfield Development Company, Inc. and Patrick property as recorded in Deed Book 581, Pages 143-146 in the Office of the Chancery Clerk of Rankin County thence

South 77 degrees 43 minutes 37 seconds East along said South line of said Greenfield Development Company, Inc. and Patrick property for a distance of 164.67 feet to a set ½ inch iron pin; thence

South 77 degrees 43 minutes 36 seconds East along said South line of said

Greenfield Development Company, Inc. and Patrick property for a distance of 1,168.19 feet to a set ½ inch iron pin marking the intersection of said South line of said Greenfield Development Company, Inc. and Patrick property with the West right of way of Greenfield Road; thence

Southwesterly along said West right of way of Greenfield Road and the arc of a curve to the left for a distance of 110.08 feet, said curve having a radius of 5,766.90 feet, and a deflection angle of 1 degrees 05 minutes 37 seconds, (chord bearing and distance, South 36 degrees 58 minutes 40 seconds West, 110.07 feet) to a set ½ inch iron pin; thence

North 77 degrees 43 minutes 36 seconds West for a distance of 490.52 feet to a set ½ inch iron pin; thence

South 14 degrees 06 minutes 34 seconds West for a distance of 202.04 feet to the Point of Beginning.

AND LESS AND EXCEPT:

A tract or parcel of land containing 1.44 acres, more or less, lying and being situated in the Southwest ¼ of the Northeast ¼ of Section 24, Township 5 North, Range 2 East, City of Pearl, Rankin County, Mississippi and being more particularly described by metes and bounds as follows:

Commencing at a fence post marking the Southwest corner of the East ½ of said Section 24; run thence

East for a distance of 935.11 feet; thence

North for a distance of 2,836.20 feet to a found ½ inch iron pin marking the Northeast corner of the Reed Food Technology, Inc. property as recorded in Deed Book 881, Pages 449-450 in the Office of the Chancery Clerk of Rankin County and the Point of Beginning of the herein described property; thence

North 76 degrees 54 minutes 22 seconds West along the North line of said Reed Food Technology, Inc. property and a fence, more or less, for a distance of 264.95 feet to a set ½ inch iron pin; thence

North 14 degrees 06 minutes 34 seconds East for a distance of 204.10 feet to a set ½ inch iron pin; thence

South 77 degrees 43 minutes 36 seconds East for a distance of 346.74 feet to a set ½ inch iron pin marking the West right of way of Greenfield Road; thence

>Southwesterly along said West right of way of Greenfield Road and the arc of a curve to the left for a distance of 225.80 feet, said curve having a radius of 5,766.90 feet, and a deflection angle of 2 degrees 14 minutes 36 seconds, (chord bearing and distance, South 35 degrees 18 minutes 33 seconds West, 225.79 feet) to the Point of Beginning;

>(8)   **100' Non-Exclusive Ingress/Egress Easement**
>
>A tract or parcel of land containing 1.17 acres, more or less, lying and being situated in the Southwest ¼ of the Northeast ¼ of Section 24, Township 5 North, Range 2 East, City of Pearl, Rankin County, Mississippi and being more particularly described by metes and bounds as follows:
>
>Commencing at a fence post marking the Southwest corner of the East ½ of said Section 24; run thence
>
>East for a distance of 935.11 feet; thence
>
>North for a distance of 2,836.20 feet to a found ½ inch iron pin marking the Northeast corner of the Reed Food Technology, Inc. property as recorded in Deed Book 881, Pages 449-450 in the Office of the Chancery Clerk of Rankin County; thence
>
>Northeasterly along the West right of way of Greenfield Road and the arc of a curve to the right for a distance of 225.79 feet, said curve having a radius of 5,766.90 feet, and a deflection angle of 2 degrees 14 minutes 36 seconds, (chord bearing and distance, North 35 degrees 18 minutes 33 seconds East, 225.79 feet to a set ½ inch iron pin marking the Point of Beginning of the herein described easement; thence
>
>North 77 degrees 43 minutes 36 seconds West for a distance of 490.52 feet to a set ½ inch iron pin; thence
>
>North 14 degrees 06 minutes 34 seconds East for a distance of 100.05 feet to a set ½ inch iron pin marking the South line of the Greenfield Development Company, Inc. and Patrick property as recorded in Deed Book 581, Pages 143-146 in the Office of the Chancery Clerk of Rankin County; thence
>
>South 77 degrees 43 minutes 36 seconds East along said South line of the Greenfield Development Company, Inc. and Patrick property for a distance of 533.31 feet to a set ½ inch iron pin marking the intersection of said South line of the greenfield Development Company, Inc. and Patrick property with said West right of way of Greenfield Road; thence Southwesterly along said West right of way of Greenfield Road and the arc of a curve to the left for a distance of 110.08 feet, said curve having a

**radius of 5,766.90 feet, and a deflection angle of 1 degrees 05 minutes 37 seconds, (chord bearing and distance, South 36 degrees 58 minutes 40 seconds West, 110.07 feet) to the Point of Beginning; and**

**(9)     One (1) 2013 Chevrolet Avalanche, VIN: 3GNMCGE02DG255896.**

3.     An Amended Agreed Preliminary Order of Forfeiture was entered by the Court on March 19, 2015 (Ct. Doc. No. 43) forfeiting the defendant's interest in the aforementioned property. The Court entered a Final Order of Forfeiture (Ct. Doc. No. 115) on July 20, 2017. However, the United States moves this Court to clarify the Final Order of Forfeiture, in order to make clear the United States currency amount which **CECIL McCRORY** was ordered to forfeit, the amount paid, and the amount still due.

4.     By virtue of the guilty plea, the United States has established that the defendant has an interest in the property subject to forfeiture.

5.     A Notice of Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning March 12, 2015, as required by Rule G(4)(a)(iv)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

6.     A Proof of Publication was filed herein on July 13, 2017, (Ct. Doc. No. 113) specifying the details of the publication.

7.     All interested parties have been served, in that written notice was sent to McCrory Properties, LLC, Greenfield Properties, LLC, George Talbot, College Street Leasing, LLC, Renasant Bank, formerly known as Merchant & Farmers Bank, Merchant & Farmers Bank, and Wilburn and Joyce Hyche on March 11, 2015, by certified mail, return receipt requested.

8.     A Proof of Service was filed herein on July 13, 2017 (Ct. Doc. No. 112) with the return receipts attached as Exhibit "A" and incorporated therein by reference.

9.     On March 16, 2015, Wilburn and Joyce Hyche claimed ownership to property

located at 104 Office Park Drive, Brandon, Rankin County, MS and described above. On or about May 6, 2015, the claim was resolved through the sale of the real property and $39,420.23 was forfeited in lieu of said real property.

10. On April 13, 2015, George Talbot filed a petition to adjudicate interest in property located at 1899 Beach Blvd., Sea Breeze Condominiums, Unit 504 and Cabana C-4, Biloxi, Harrison County, MS (Ct. Doc. No. 50). On or about June 13, 2017, the claim was resolved through the sale of the real property and $85,000.00 was forfeited in lieu of the property.

11. Other than Wilburn and Joyce Hyche and George Talbot, no other claims were filed within the period as required by the Notice of Forfeiture against the above-described property; therefore, any third-party interests are barred by failure of those parties to file a timely petition.

12. Of the $1,200,000 to be forfeited pursuant to the Amended Agreed Preliminary Order of Forfeiture, **CECIL McCRORY** paid $1,071,040.52 on February 28, 2017. The United States asks that the balance owed of **one hundred twenty-eight thousand nine hundred fifty-nine dollars and forty-eight cents ($128,959.48) be rendered as a Money Judgment, not joint and several with other defendants**, pursuant to 28 U.S.C. § 2461.

13. With the United States' authorization, **CECIL McCRORY** sold Unit 502 of the Sea Breeze Condominiums, described above, and the proceeds of $208,313.27 were forfeited in lieu of the property.

14. With the United States' authorization, **CECIL McCRORY** sold Unit 601 of the Sea Breeze Condominiums, described above, and the proceeds of $251,357.51 were forfeited in lieu of the property.

15. With the United States' authorization, **CECIL McCRORY** sold the Greenfield Road Commercial Property located in Pearl, MS, described above, and the associated easement, and the proceeds of $23,589.29 were forfeited in lieu of the property.

16.     There are no further issues to be resolved by the Court except for the entry of a Final Order of Forfeiture pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

17.     Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture with regard to the above listed property and against the defendant, Cecil McCrory, as proposed.

Respectfully submitted, this the 21st day of August, 2017.

                UNITED STATES OF AMERICA

                HAROLD BRITTAIN
                Acting United States Attorney

                By: /s/ Darren LaMarca
                Assistant United States Attorney
                501 E. Court Street, Suite 4.430
                Jackson, MS   39201
                (601) 965-4480 Phone
                (601) 965-4409 Fax
                darren.lamarca@usdoj.gov
                MS Bar No: 1782

## **CERTIFICATE OF SERVICE**

I, Darren LaMarca, hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the appropriate counsel in this case.

This, the 21st day of August, 2017.

By: /s/ Darren LaMarca